## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HAZARD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-7057** |
| | : | |
| **B&B HOTELS US, INC., AMIR** | : | |
| **MUSTAFA** | : | |

## ORDER

**AND NOW**, this 29th day of May 2026, upon studying Defendant B&B Hotels US, Inc.'s Motion to dismiss or transfer (ECF 20), Plaintiff's Opposition (ECF 22), Defendant's Reply (ECF 23), and for reasons explained in today's accompanying Memorandum, it is **ORDERED** Defendant B&B Hotels's Motion to dismiss (ECF 20) is **GRANTED in part** and **DENIED in part** requiring we:

1.    **DENY** Defendant's request to transfer;

2.    **DISMISS** Plaintiff's claims for a breach of contract related to a competent team, breach of an implied contract for employment, promissory estoppel, unjust enrichment related to bonuses and severance, and fraudulent inducement without prejudice to amend consistent with Rule 11 and the deadlines set in our trial scheduling Order entered after our Initial Pretrial Conference; and,

3.    **GRANT** Defendant leave to file an Answer no later than **June 12, 2026** as to the remaining wrongful termination claim, breach of contract claim related to a severance package, unjust enrichment claim related to expense reimbursements, and Pennsylvania Wage Payment and Collection Law claim.

_____
**KEARNEY, J.**